1
**SAO**
**LEACH JOHNSON SONG & GRUCHOW**
2
SEAN L. ANDERSON
Nevada Bar No. 7259
3
RYAN R. REED
Nevada Bar No. 11695
4
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
5
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
6
Email:sanderson@leachjohnson.com
Email:rreed@leachjohnson.com
7
*Attorneys for LJ S &G, Ltd.*

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

BAC HOME LOANS SERVICING, LP,

11

Plaintiffs,

Case No.:        2:11-cv-00167-JCM-RJJ

12

vs.

13
STONEFIELD II HOMEOWNERS
ASSOCIATION; ANTHEM HIGHLANDS
14
COMMUNITY ASSOCIATION;
MONECITO AT MOUNTAIN'S EDGE
15
HOMEOWNERS ASSOCIATION;
HERITAGE SQUARE SOUTH
16
HOMEOWNERS' ASSOCIATION, INC.;
SIERRA RANCH HOMEOWNERS
17
ASSOCIATION; CORTEZ HEIGHTS
HOMEOWNERS ASSOCIATION;
18
SOUTHERN HIGHLANDS COMMUNITY
ASSOCIATION; ELKHORN –
19
CIMMARRON ESTATES HOMEOWNERS
ASSOCIATION; ELKHORN COMMUNITY
20
ASSOCIATION, a Nevada non-profit
corporation; CANYON CREST
21
ASSOCIATION; LAS BRISAS
HOMEOWNERS ASSOCIATION;
22
ALIANTE MASTER ASSOCIATION;
MOUNTAIN'S EDGE MASTER
23
ASSOCIATION; ALESSI & KOENIG, LLC;
ALLIED TRUSTEE SERVICES, INC.;
24
ANGIUS & TERRY COLLECTIONS, LLC;
ASSESSMENT MANAGEMENT GROUP
25
INC.; ASSET RECOVERY SERVICES,
INC.; LJS&G,LTD., d/b/a Leach Johnson
26
Song & Gruchow; HOMEOWNER
ASSOCIATION SERVICES, INC; NEVADA
27
ASSOCIATION SERVICES, INC.; PHIL
FRINK & ASSOCIATIES, INC.; G.J.L.,
28
INCORPORATED, d/b/a Pro Forma Lien &

**STIPULATION, REQUEST AND
ORDER EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

**(First Request )**

**LEACH JOHNSON SONG & GRUCHOW**
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

1 Foreclosure; K.G.D.O. HOLDING
2 COMPANY, INC., d/b/a Terra West Property
Management; RMI MANAGEMENT LLC,
d/b/a Red Rock Financial Services; SILVER
3 STATE TRUSTEE SERVICES, LLC,

4      Defendants.

5

6      Defendants LJS & G, LTD. d/b/a Leach Johnson Song and Gruchow, Anthem Highlands

7 Community Association, Nevada Association Services, Inc., RMI Management, LLC d/b/a Red

Rock Financial Services, K.G.D.O. Holding Company, Inc., d/b/a Terra West Property
8
Management, Heritage Square South Homeowners Association, Inc., Sierra Ranch Homeowners
9
Association, Cortez Heights Homeowners Association, Elkhorn Cimarron Estates Homeowners
10
Association, Mountain's Edge Master Association and Montecito at Mountain's Edge
11
("Defendants") by and through their undersigned counsel, and Plaintiff BAC Home Loans
12
Servicing, LP by and through its counsel, hereby respectfully submit this Stipulation, Request
13
and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the
14
"Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the
15
Local Rules of this Court. This is the First Request for an Extension of Time to File an Answer
16
or Otherwise Respond to Plaintiff's Complaint. Defendants were served with a copy of the
17
Summons and Complaint in this matter on February 2, 2011.
18
     Upon agreement by and between all the parties hereto as set forth herein, the undersigned
19
respectfully request this Court grant an extension of time, up to and including March 23, 2011
20
for the above-referenced Defendants to file an answer or otherwise respond to Plaintiff's
21
Complaint. In addition, the parties respectfully request this Court to set a deadline of April 22,
22
2011 for Plaintiff to respond to any motions filed by the above-referenced Defendants.
23

24

25

26

27

28

-2-

1    By entering into this Stipulation, none of the parties waive any rights they have under

2    statute, law, or rule with respect to Plaintiff's Complaint.

3    **Stipulated and Agreed to:**

| **AKERMAN SENTERFITT, LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| /s/Ariel E. Stern<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Diana S. Erb, Esq.<br>Nevada Bar No. 10580<br>400 South Fourth Street, Suite 450<br>Las Vegas, Nevada 89101<br>Phone: (702)634-5000<br>*Attorneys for BAC Home Loans,*<br><br>DATED: February 23, 2011. | /s/Sean Anderson<br>Sean Anderson<br>Nevada Bar No.7259<br>Ryan Reed<br>Nevada Bar No.11695<br>8945 West Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>Phone: (702) 538-9074<br>*Attorneys for LJS&G*<br><br>DATED: February 23, 2011. |
| **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** | **VILKIN P.C.** |
| /s/Kaleb Anderson<br>Kaleb Anderson, Esq.<br>Nevada Bar No. 007582<br>9080 W. Post Rd. #100<br>Las Vegas, Nevada 89148<br>Phone: (702)382-1500<br>*Attorneys for Anthem Highlands*<br><br>DATED: February 23, 2011. | /s/Richard Vilkin<br>Richard Vilkin, Esq.<br>Nevada Bar No. 008301<br>1286 Crimson Sage Avenue<br>Henderson, Nevada 89012<br>Phone: (702)476-3211<br>*Attorney for Nevada Association Services*<br><br>DATED: February 23, 2011. |
| **MCDONALD CARANO WILSON LLP** | **WOLF RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP** |
| /s/George F. Ogilvie, III<br><br>George F. Ogilvie, III Esq.<br>Nevada Bar No. 003552<br>2300 W. Sahara Avenue #1000<br>Las Vegas, Nevada 89102<br>Phone: (702)873-4100<br>*Attorney for K.G.D.O. Holding Company, Inc., d/b/a Terra West Property Management*<br><br>DATED: February 23, 2011. | /s/Don Springmeyer<br>Don Springmeyer, Esq.<br>Nevada Bar No. 001021<br>3556 E. Russell Road, 2nd Floor<br>Las Vegas, Nevada 89120<br>Phone: (702)341-5200<br>*Attorney for Sierra Ranch Homeowners Association, Cortez Heights HOA, Elkhorn Cimarron Estates, Mountain's Edge Master Association and Montecito at Mountain's Edge.*<br><br>DATED: February 23, 2011. |

LEACH JOHNSON SONG & GRUCHOW<br>8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148<br>Telephone: (702) 538-9074 – Facsimile (702) 538-9113

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

| RMI MANAGEMENT, INC. d/b/a RED ROCK FINANCIAL SERVICES | HERITAGE SQUARE SOUTH HOMEOWNERS ASSOCIATION, INC. |
|---|---|
| /s/Christopher V. Yergensen__<br>Christopher V. Yergensen, Esq.<br>Nevada Bar No. 6183<br>1797 Mezza Court<br>Henderson, Nevada 89012<br>Phone: (702)940-7110<br>*Attorney for RMI d/b/a Red Rock Financial Services*<br><br>DATED: February 23, 2011. | _/s/Alan Johns_____<br>Alan Johns, Esq.<br>Nevada Bar No. 1602<br>7331 W. Charleston Blvd. #110<br>Las Vegas, Nevada 89117<br>Phone: (702)258-4433<br>*Attorney for Heritage Square South*<br><br>DATED: February 23, 2011. |

## ORDER

GOOD CAUSE APPEARING:

IT IS ORDERED that Defendants' request for an extension of time to answer or otherwise respond to Plaintiff's Complaint is granted, and said answer or response is due on or before March 23, 2011, with Plaintiff's Response to Motions due on or before April 22, 2011.

DATED this 8th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE