GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone (775) 324-5930
Telefax (775) 324-6173
E-mail: gaylekern@kernltd.com
Attorneys for Phil Frink & Associates, Inc.
 and Stonefield II Homeowners Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>STONEFIELD II HOMEOWNERS ASSOCIATION; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; MONTECITO AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; SIERRA RANCH HOMEOWNERS ASSOCIATION; CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ELKHORN - CIMARRON ESTATES HOMEOWNERS ASSOCIATION; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; CANYON CREST ASSOCIATION; LAS BRISAS HOMEOWNERS ASSOCIATION; ALIANTE MASTER ASSOCIATION; MOUNTAIN'S EDGE MASTER ASSOCIATION; ALESSI & KOENIG, LLC; ALLIED TRUSTEE SERVICES, INC.; ANGIUS & TERRY COLLECTIONS, LLC; ASSESSMENT MANAGEMENT GROUP INC.; ASSET RECOVERY SERVICES, INC.; LJS&G, LTD., d/b/a Leach Johnson Song & Gruchow; HOMEOWNER ASSOCIATION SERVICES, INC.; NEVADA ASSOCIATION SERVICES, INC.; PHIL FRINK & ASSOCIATES, INC.; G.J.L., INCORPORATED, d/b/a Pro Forma Lien & Foreclosure; K.G.D.O. HOLDING COMPANY, INC., d/b/a Terra West Property Management; RMI MANAGEMENT LLC, d/b/a | Case No. 2:11-cv-00167-JCM-RJJ<br><br><br><br><br><br>STIPULATION, REQUEST AND ORDER EXTENDING TIME FOR DEFENDANTS STONEFIELD II HOMEOWNERS ASSOCIATION AND PHIL FRINK & ASSOCIATES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

Red Rock Financial Services; SILVER STATE TRUSTEE SERVICES, LLC.

    Defendants.

_____/

    Stonefield II Homeowners Association ("Stonefield") and Phil Frink & Associates, Inc. ("Frink") by and through their undersigned counsel, and Plaintiff BAC Home Loans Servicing, LP ("Plaintiff") by and through its undersigned counsel, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint submitted with respect to Defendants Stonefield and Frink, both of whom were served with a copy of the Summons and Complaint in this matter on February 14, 2011.

    Upon agreement by and between Plaintiff and the above-named Defendants, Stonefield and Frink, as set forth herein, the undersigned respectfully request this Court to grant an extension of time, up to and including March 23, 2011, for Defendants Stonefield and Frink to file an answer or otherwise respond to Plaintiff's Complaint.  This request for an extension is for the convenience of the parties and is not anticipated or intended to cause any delay or prejudice to any party.  In addition, the parties hereto respectfully request this Court to set a deadline of April 22, 2011 for Plaintiff to respond to any motions filed by Defendants Stonefield and Frink.

///
///
///
///
///
///
///

By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

*Stipulated and Agreed to:*

| AKERMAN SENTERFITT, LLP | KERN & ASSOCIATES, LTD. |
|---|---|
| */s/ Ariel E. Stern*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DIANA S. ERB, ESQ.<br>Nevada Bar No. 10580<br>400 South Fourth Street, Suite 450<br>Las Vegas, Nevada 89101<br>Telephone: (702) 634-5000<br>Attorneys for BAC Home Loans | */s/ Karen M. Ayarbe*<br>GAYLE A. KERN, ESQ.<br>Nevada Bar No. 1620<br>KAREN M. AYARBE, ESQ.<br>Nevada Bar No. 3358<br>5421 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>Telephone: (775) 324-5930<br>Attorneys for Stonefield II<br>Homeowners Association and<br>Phil Frink & Associates, Inc. |
| DATED: March 3, 2011 | DATED: March 3, 2011 |

IT IS SO ORDERED.

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED this 8th day of April, 2011.

3