ARIEL E. STERN
Nevada Bar No. 8276
DIANA S. ERB
Nevada Bar No. 10580
CHRISTINA S. BHIRUD
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Plaintiff*
*BAC Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>STONEFIELD II HOMEOWNERS ASSOCIATION; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; MONTECITO AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC.; SIERRA RANCH HOMEOWNERS ASSOCIATION; CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ELKHORN – CIMARRON ESTATES HOMEOWNERS ASSOCIATION; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; CANYON CREST ASSOCIATION; LAS BRISAS HOMEOWNERS ASSOCIATION; ALIANTE MASTER ASSOCIATION; MOUNTAIN'S EDGE MASTER ASSOCIATION; ALESSI & KOENIG, LLC; ALLIED TRUSTEE SERVICES, INC.; ANGIUS & TERRY COLLECTIONS, LLC; ASSESSMENT MANAGEMENT GROUP INC.; ASSET | CASE NO.:   2:11-cv- 00167-JCM-RJJ<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AND SERVE A RESPONSE TO DEFENDANTS SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION AND ALESSI & KOENIG, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) UNDER NRS 38.310, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION** |

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1 | RECOVERY SERVICES, INC.; LJS&G, LTD.,
d/b/a Leach Johnson Song & Gruchow;
2 | HOMEOWNER ASSOCIATION SERVICES,
INC.; NEVADA ASSOCIATION SERVICES,
3 | INC.; PHIL FRINK & ASSOCIATES, INC.;
G.J.L., INCORPORATED, d/b/a Pro Forma Lien
4 | & Foreclosure; K.G.D.O. HOLDING
COMPANY, INC., d/b/a Terra West Property
5 | Management; RMI MANAGEMENT LLC, d/b/a/
Red Rock Financial Services; SILVER STATE
6 | TRUSTEE SERVICES, LLC,

7

Defendants.

8

## STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AND SERVE A RESPONSE TO DEFENDANTS SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION AND ALESSI & KOENIG, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) UNDER NRS 38.310, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION

Plaintiff BAC HOME LOANS SERVICING, LP ("BAC") and Defendants SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION and ALESSI & KOENIG, LLC hereby stipulate that the time for BAC to file and serve its response to Defendants SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION and ALESSI & KOENIG, LLC's Motion to Dismiss Pursuant to FRCP 12(b)(1) under NRS 38.310, or in the alternative, Motion to Compel Arbitration, shall be extended through and including Friday, April 22, 2011, due to BAC's Counsel's unexpected travel obligations.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LV023595;1}

2

This is the parties' first request for extension of this deadline, and is not anticipated or intended to cause any delay or prejudice to any party.

DATED this 11th day of March, 2011.

**AKERMAN SENTERFITT LLP**

  /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 11th day of March, 2011.

**ALESSI & KOENIG, LLC**

  /s/   Ryan Kerbow
RYAN M. KERBOW, ESQ.
Nevada Bar No. 11403
9500 W. Flamingo Rd., #100
Las Vegas, Nevada 89147

*Attorneys for Defendants*
*Southern Highlands Community Association and*
*Alessi & Koenig, LLC*


**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: April 8, 2011

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of March, 2011 and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AND SERVE A RESPONSE TO DEFENDANTS SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION AND ALESSI & KOENIG, LLC'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) UNDER NRS 38.310, OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION and addressed to all parties as identified on the Court-generated Notice of Electronic Filing.

/s/ Stacy Warner
An employee of AKERMAN SENTERFITT LLP