JOSEPH P. GARIN (Bar No. 6653)
KALEB D. ANDERSON (Bar No. 4782)
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9080 W. Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 382-1500
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com

Attorneys for Defendant
Homeowner Association Services, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BAC HOME LOANS SERVICING, LP,

           Plaintiff,

v.

STONEFIELD II HOMEOWNERS
ASSOCIATION; ANTHEM HIGHLANDS
COMMUNITY ASSOCIATION;
MONTECITO AT MOUNTAIN'S EDGE
HOMEOWNERS ASSOCIATION;
HERITAGE SQUARE SOUTH
HOMEOWNERS' ASSOCIATION, INC.;
SIERRA RANCH HOMEOWNERS
ASSOCIATION; CORTEZ HEIGHTS
HOMEOWNERS ASSOCIATION;
SOUTHERN HIGHLANDS COMMUNITY
ASSOCIATION; ELKHORN - CIMARRON
ESTATES HOMEOWNERS ASSOCIATION;
ELKHORN COMMUNITY ASSOCIATION, a
Nevada non-profit corporation; CANYON
CREST ASSOCIATION; LAS BRISAS
HOMEOWNERS ASSOCIATION; ALIANTE
MASTER ASSOCIATION; MOUNTAIN'S
EDGE MASTER ASSOCIATION; ALESSI &
KOENIG, LLC; ALLIED TRUSTEE
SERVICES, INC.; ANGUIS & TERRY
COLLECTIONS, LLC; ASSESSMENT
MANAGEMENT GROUP INC.; LJS&G,
LTD., d/b/a Leach Johnson Song &
Gruchow' HOMEOWNER ASSOCIATION
SERVICES, INC.; NEVADA ASSOCIATION
SERVICES, INC.; PHIL FRINK &
ASSOCIATES, INC.; G.J.L.,
INCORPORATED, d/b/a Pro Forma Lien &
Foreclosure; K.G.D.O. HOLDING
COMPANY, INC., d/b/a Terry West Property
Management; RMI MANAGEMENT LLC,
d/b/a Red Rock Financial Services; SILVER
STATE TRUSTEE SERVICES, LLC,

CASE NO.: 2:11-cv-00167-JCM-RJJ

**STIPULATION, REQUEST AND
ORDER SETTING ASIDE DEFAULT
AND EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

**(First Request)**

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

Defendants. )
)
_____ )

Defendant Homeowner Association Services, Inc. ("Defendant"), by and through their undersigned counsel, and Plaintiff BAC Home Loan Servicing, LP by and through its counsel, hereby respectfully submit this Stipulation, Request and Order Setting Aside Default and Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is Defendant's First Request for an Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. Defendant was served with a copy of the Summons and Complaint in this matter on February 2, 2011 and a Default was entered on February 25, 2011.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully request this Court set aside the Default entered against Defendant and grant an extension of time, up to and including March 23, 2011 for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. In addition, the parties respectfully request this Court to set a deadline of April 22, 2011 for Plaintiff to respond to any motions filed by Defendant.

By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

Stipulated and Agreed to:

**AKERMAN SENTERFITT, LLP**

*/s/ Diana S. Erb*
_____
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Diana S. Erb, Esq.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Phone: (702)634-5000
*Attorneys for BAC Home Loans,*
DATED: March 14, 2011.

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

*/s/ Kaleb Anderson*
_____
Kaleb Anderson, Esq.
Nevada Bar No. 007582
9080 W. Post Rd. #100
Las Vegas, Nevada 89148
Phone: (702)382-1500
*Attorneys for Homeowner Association Services, Inc.*
DATED: March 14, 2011.

LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

pson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

**ORDER**

GOOD CAUSE APPEARING:

IT IS ORDERED that the Default entered against Defendant Homeowner Association Services, Inc. be set aside.

IT IS FURTHER ORDERED that Defendant's request for an extension of time to answer or otherwise respond to Plaintiff's Complaint is granted, and said answer or response is due on or before March 23, 2011, with Plaintiff's Response to Motions due on or before April 22, 2011.

DATED this 8th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE