ARIEL E. STERN
Nevada Bar No. 8276
JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
ariel.stern@akerman.com
jacob.bundick@akerman.com
diana.erb@ackerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP, | Case No.: 2:11-cv-00167-JCM-RJJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO ALLOW PLAINTIFF TO RESPOND TO DEFENDANT'S JOINDER [Dkt 92] TO MOTION TO DISMISS [Dkt 71]** |
| STONEFIELD II HOMEOWNERS ASSOCIATION; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; MONECITO AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC., SIERRA RANCH HOMEOWNERS ASSOCIATION; CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ELKHORN-CIMMARRON ESTATES HOMEOWNERS ASSOCIATION; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; CANYON CREST ASSOCIATION; LAS BRISAS HOMEOWNERS ASSOCIATION; ALIANTE MASTER ASSOCIATION; MOUNTAIN'S EDGE MASTER ASSOCIATION; ALESSI & KOENIG, LLC; ALLIED TRUSTEE SERVICES, INC.; ANGIUS & TERRY COLLECTIONS, LLC, ASSESSMENT MANAGEMENT GROUP, INC.; ASSET | **(First Request)** |

{LV028727;1}

**AKERMAN SENTERFITT LLP**
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| 1 | RECOVERY SERVICES, INC., LJS&G, LTD., d/b/a Leach Johnson Song & Gruchow; HOMEOWNER ASSOCIATION SERVICES, INC; NEVADA ASSOCIATION SERVICES, INC., PHIL FRINK & ASSOCIATES, INC.; G.J.L., INCORPORATED, d/b/a Pro Forma Lien & Foreclosure; K.G.D.O. HOLDING COMPANY, INC., d/b/a Terra West Property Management; RMI MANAGEMENT LLC, d/b/a Red Rock Financial Services; SILVER STATE TRUSTEE SERVICES, LLC. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

IT IS STIPULATED AND AGREED by and between Plaintiff, BAC Home Loans Servicing, LP ("Plaintiff"), and Defendant Angius & Terry Collections, LLC ("Defendant"), by and through their respective attorneys, that Plaintiff may have up to and including **May 13, 2011** in which to respond to Defendant's Joinder [Dkt 92] to Motion to Dismiss [Dkt 71], and that Defendant may have up to and including **June 3, 2011** in which to file its reply in support of its Joinder to the Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{LV028727;1}2

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for extension of this deadline, and is not anticipated or intended to cause any delay or prejudice to any party.

DATED this 22nd day of April, 2011.   DATED this 22nd day of April, 2011.

| **ANGIUS & TERRY LLP** | **AKERMAN SENTERFITT, LLP** |
|---|---|
| /s/ Paul P. Terry, Jr.<br>Paul P. Terry, Jr.<br>Nevada Bar No. 7192<br>John J. Stander, Esq.<br>Nevada Bar No. 9198<br>1120 N. Town Center Drive, Suite 260<br>Las Vegas, NV 89144<br>Phone: (702) 990-2017<br>*Attorneys for Defendant Angius & Terry Collections, LLC* | /s/ Diana S. Erb<br>Ariel E. Stern, Esq.<br>Nevada No. 008276<br>Diana S. Erb, Esq.<br>Nevada Bar No. 10580<br>400 So. Fourth Street, Suite 450<br>Las Vegas, Nevada 89101<br>Phone: (702) 634-5000<br>*Attorneys for Plaintiff BAC Home Loans Servicing, LP* |

**IT IS SO ORDERED:**

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2011

{LV028727;1} 3