ARIEL E. STERN
Nevada Bar No. 8276
JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
ariel.stern@akerman.com
jacob.bundick@akerman.com
diana.erb@ackerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>STONEFIELD II HOMEOWNERS ASSOCIATION; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; MONECITO AT MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION; HERITAGE SQUARE SOUTH HOMEOWNERS' ASSOCIATION, INC., SIERRA RANCH HOMEOWNERS ASSOCIATION; CORTEZ HEIGHTS HOMEOWNERS ASSOCIATION; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ELKHORN-CIMMARRON ESTATES HOMEOWNERS ASSOCIATION; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; CANYON CREST ASSOCIATION; LAS BRISAS HOMEOWNERS ASSOCIATION; ALIANTE MASTER ASSOCIATION; MOUNTAIN'S EDGE MASTER ASSOCIATION; ALESSI & KOENIG, LLC; ALLIED TRUSTEE SERVICES, INC.; ANGIUS & TERRY COLLECTIONS, LLC, ASSESSMENT MANAGEMENT GROUP, INC.; ASSET | Case No.: 2:11-cv-00167-JCM-RJJ<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ALLOW PLAINTIFF TO RESPOND TO DEFENDANTS ALESSI & KOENIG, LLC AND SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S MOTION TO DISMISS [DKT 56] AND JOINDERS THERETO [DKTS 67, 68, AND 104]**<br><br>**(Second Request)** |

| | |
|---|---|
| 1 | RECOVERY SERVICES, INC., LJS&G, LTD., d/b/a Leach Johnson Song & Gruchow; |
| 2 | HOMEOWNER ASSOCIATION SERVICES, INC; NEVADA ASSOCIATION SERVICES, |
| 3 | INC., PHIL FRINK & ASSOCIATES, INC.; G.J.L., INCORPORATED, d/b/a Pro Forma Lien |
| 4 | & Foreclosure; K.G.D.O. HOLDING COMPANY, INC., d/b/a Terra West Property |
| 5 | Management; RMI MANAGEMENT LLC, d/b/a Red Rock Financial Services; SILVER STATE |
| 6 | TRUSTEE SERVICES, LLC. |
| 7 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Bac Home Loan Servicing, LP ("Plaintiff"), and Defendants Southern Highlands Community Association, Alessi & Koenig LLC, Canyon Crest Association and Las Brisas Homeowners Association (collectively "Defendants"), by and through their respective counsel, that Plaintiff may have up to and including **May 13, 2011** in which to respond to Defendants' Motion to Dismiss [Dkt 56] and respective Joinders thereto [Dkts 67, 68 and 104], and that Defendants may have up to and including **June 3, 2011** in which to file their replies in support of their Motion to Dismiss and Joinders thereto.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This Stipulation is not made for purposes of delay or to prejudice any of the parties herein.

| **ALESSI & KOENIG, LLC** | **AKERMAN SENTERFITT, LLP** |
|---|---|
| /s/ Ryan Kerbow<br>Ryan Kerbow, Esq.<br>Nevada Bar No. 11403<br>9500 W. Flamingo Road, Suite 100<br>Las Vegas, NV 89147<br>Phone: (702) 222-4033<br>*Attorneys for Southern Highlands Association and Alessi & Koenig, LLC*<br><br>Dated: April 22, 2011. | /s/ Diana S. Erb<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 008276<br>Jacob D. Bundick, Esq.<br>Nevada Bar No. 9772<br>Diana S. Erb, Esq.<br>Nevada Bar No. 10580<br>400 So. Fourth Street, Suite 450<br>Las Vegas, Nevada 89101<br>Phone: (702) 634-5000<br>*Attorneys for Plaintiff BAC Home Loans Servicing, LP*<br><br>Dated: April 22, 2011. |
| **PENGILLY ROBBINS SLATER & BELL**<br><br>/s/ James W. Pengilly<br>James W. Pengilly, Esq.<br>Nevada Bar No. 6085<br>1755 Village Center Circle<br>Las Vegas, Nevada 89134-0562<br>Phone: (702) 889-6665<br>*Attorneys for Canyon Crest Association and Las Brisas Homeowners Association*<br><br>Dated: April 22, 2011. | |

**ORDER**

IT IS SO ORDERED this 27 day of April, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE